UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERESA FLETCHER,

                Plaintiff,

       -against-

GENOMONCOLOGY, LLC, and BRAD WERTZ

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/16/2023___

22 Civ. 8856 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On October 25, 2022, the Court ordered the parties to file a joint letter and proposed case management plan by February 14, 2023.  ECF No. 10.  On January 13, 2023, the Court granted the parties' request for an extension of time to file their joint letter and proposed case management plan to March 16, 2023.  ECF No. 22.  On February 5, 2023, this action was automatically referred to mediation.  ECF No. 32.  Accordingly, by **June 2, 2023**, the parties shall submit their joint letter and proposed case management plan.

       SO ORDERED.

Dated: March 16, 2023
      New York, New York

                          ANALISA TORRES
                     United States District Judge