UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERESA FLETCHER,

                Plaintiff,

-against-

GENOMONCOLOGY, LLC, and BRAD WERTZ

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/5/2023
```

22 Civ. 8856 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' proposed case management plan. ECF No. 35. The parties have modified the Court's model case management plan by removing Paragraphs 14 through 16, which is improper. By **June 8, 2023**, the parties shall resubmit their proposed case management plan.

       SO ORDERED.

Dated: June 5, 2023
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge