UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERESA FLETCHER,

        Plaintiff,

-against-

GENOMONCOLOGY, LLC, and BRAD WERTZ

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/9/2023__

22 Civ. 8856 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 38. The parties' proposed date for the length of discovery exceeds 120 days. *Id.* ¶ 5. The parties have not shown that this case presents unique complexities or other exceptional circumstances to warrant a fact discovery period exceeding 120 days. In addition, the parties have modified the Court's model case management plan. *See, e.g., id.* ¶ 5. The Court will not stay discovery pending its decision on any motion. The parties are directed to use the Court's model case management plan and either justify their request for a fact discovery period exceeding 120 days or revise their proposed discovery deadlines. *See id.* ¶¶ 5–7. Accordingly, by **June 15, 2023**, the parties shall resubmit their proposed case management plan.

    SO ORDERED.

Dated: June 9, 2023
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge