UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA FLETCHER,<br><br>                              Plaintiff,<br><br>            -against-<br><br>GENOMONCOLOGY, LLC, et al.,<br><br>                              Defendants. | 22-CV-08856 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

     Pursuant to the Court's August 11th Order, ECF No. 45, the parties were required to file a joint status letter, the contents of which are described therein, no later than August 24, 2023. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 8, 2023.**

     SO ORDERED.

Dated: September 5, 2023
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge