# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

Frances@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

January 4, 2024

> Given that the discovery deadline was extended, this conference is hereby ADJOURNED to March 7, 2024, at 10:30 AM. As discovery proceeds, the parties should promptly bring any dispute to the Court in accordance with the Court's Individual Practices.
>
> SO ORDERED.
>
> */s/ Arun Subramanian*
> Arun Subramanian, U.S.D.J.
> Date: January 5, 2024

<u>Via ECF</u>

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

  Re: Fletcher v. GenomOncology, LLC
     <u>Case No.:  1:22-cv-08856-AS</u>

Your Honor:

  This firm represents Plaintiff in the above-captioned matter and I have been identified as Lead Trial Counsel for Plaintiff.

  I write to request that I be excused from appearing at the conference before Your Honor that is scheduled for January 9, 2024 at 11:40 am. I am scheduled to take two depositions on that date in a case where discovery is scheduled to close on January 15, 2024.

  I propose that, in my stead, Megan Goddard appear on behalf of Plaintiff. In addition to being the principal attorney with this firm, Ms. Goddard has authority to bind the Plaintiff consistent with the proceeding and will be prepared to address any matter likely to arise during the proceeding. Ms. Goddard has filed an appearance in this action.

  Defendants join in this request and, likewise, respectfully request that Erica Bianco be permitted to appear at the conference on January 9, 2024, in lieu of Joan Gilbride. Lead Trial Counsel Joan Gilbride will be engaged in an all-day deposition on January 9, 2024. Erica Bianco is the attorney handling the day to day of this matter and will be fully familiar with the facts and procedural status at the upcoming conference. She has previously filed a notice of appearance in this matter.

9636579

**GODDARD LAW PLLC**

The Hon. Arun Subramanian
January 4, 2024
Page 2

        The parties thank the Court for its time and consideration.

        Respectfully submitted,

        GODDARD LAW PLLC

        */s/ Frances Codd Slusarz*

        Frances Codd Slusarz

Cc:    All counsel of record.

9636579