UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA FLETCHER,<br><br>       Plaintiff,<br><br>-against-<br><br>GENOMONCOLOGY, LLC, et al.,<br><br>       Defendants. | 22-CV-08856 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The conference currently set for April 23, 2024, is hereby canceled. Discovery has now closed. Motions for summary judgment are due May 20, 2024, with any opposition due June 10, 2024, and any reply due June 17, 2024. Dkt. 62. If the parties have any issues, they should contact the Court. But the Court is unlikely to grant extensions of the summary-judgment schedule.

  SO ORDERED.

Dated: April 22, 2024
   New York, New York

                  _____
                  ARUN SUBRAMANIAN
                  United States District Judge