UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA FLETCHER,<br><br>        Plaintiff,<br><br>   -against-<br><br>GENOMONCOLOGY, LLC, et al.,<br><br>        Defendants. | 22-CV-08856 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Motions for summary judgment are due May 20, 2024. Dkt. 63. Before May 20, 2024, Plaintiff Teresa Fletcher and the principal decisionmaker for the defendants, along with their counsel, should meet and confer in person, for no less than one hour, in an attempt to resolve the case. The parties should file a joint letter confirming their compliance with this order by May 20, 2024. If there is already an upcoming in-person mediation scheduled, the parties may disregard this order.

  SO ORDERED.

Dated: May 3, 2024
    New York, New York

                               _____
                                 ARUN SUBRAMANIAN
                               United States District Judge