# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

Frances@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

May 16, 2024

> Application granted. But the Court will not, under any circumstances, grant a further extension of these deadlines.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 65.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: May 17, 2024

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:   Teresa Fletcher v. GenomOncology, LLC, and Brad Wertz
 <u>     Civil Action No.: 22-cv-8856(AS)                                    </u>

Dear Judge Subramanian:

    This office represents Plaintiff Teresa Fletcher. We write jointly with Defendants' counsel concerning the Court's Order dated May 3, 2024, regarding settlement discussions. (Dkt. No. 64.)

    Pursuant to the Order, the Parties have begun to confer regarding settlement and wish to continue these discussions by scheduling a private mediation with an agreed upon mediator. The parties are in the process of scheduling this mediation currently. As such, to avoid potentially unnecessary legal fees from being incurred, the Parties respectfully request to continue the due dates for dispositive motions by 30 days, making dispositive motions due June 24, 2024, oppositions due July 9, 2024, and replies due July 17, 2024.

    We thank the Court for its time and consideration.

Very truly yours,

GODDARD LAW PLLC

*Frances Codd Slusarz*

Frances Codd Slusarz

Cc: All counsel of record